## 9622. · GRAHAM *v.* THE STATE.

BROYLES, P. J.   1. The instruction complained of was not erroneous for the reasons assigned.

2. There was some evidence which authorized the verdict, and, the finding of the jury having been approved by the trial judge, this court has no authority to interfere.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED MAY 1, 1918.

Accusation of possessing intoxicating liquor; from city court of Polk county—Judge John K. Davis. February 15, 1918.

*Irwin & Tison,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.